UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED E. CHRISTIAN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1423 JCH |
| ) | |
| FRANK BOMMARITO OLDSMOBILE, INC. ) | |
| d/b/a BOMMARITO INFINITI, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon Plaintiff's Motion for Exception to Rule 33(a)(1), filed December 1, 2008. (Doc. No. 40). Defendant has not filed any objection or response to Plaintiff's request.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Exception to Rule 33(a)(1) (Doc. No. 40) is **GRANTED**. Plaintiff shall be allowed to serve up to fifty (50) interrogatories on Defendant.

Dated this 17th day of December, 2008.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE