UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED CHRISTIAN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1423 JCH |
| ) | |
| FRANK BOMMARITO OLDSMOBILE, INC. ) | |
| d/b/a BOMMARITO INFINITI, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court on Plaintiff Fred E. Christian's Motion Requesting Order to EEO-1 to Furnish Individualized Employer Report, filed April 9, 2009. (Doc. No. 80). In his motion, Plaintiff "requests this Honorable Court to order the EEO-1, Inc. to furnish or allow Plaintiff to order an Individualized Employer Report on Defendant, Frank Bommarito Oldsmobile, Inc. d/b/a Bommarito Infiniti." Plaintiff asserts that the requested relief is needed because EEO-1, Inc. only works with attorneys.

Upon consideration, the Court cannot order EEO-1, Inc. to produce the requested documents. EEO-1, Inc. is a not a party to this litigation. The Court, therefore, cannot issue such an order based upon Plaintiff's motion. Plaintiff's motion is denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting Order to EEO-1 to Furnish Individualized Employer Report (Doc. No. 80) is **DENIED**.

Dated this 13th day of April, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE