UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED CHRISTIAN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1423 JCH |
| ) | |
| FRANK BOMMARITO OLDSMOBILE, INC. ) | |
| d/b/a BOMMARITO INFINITI, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Plaintiff Fred E. Christian's Motions requesting the Clerk to issue subpoenas to EEO-1, Inc. for an "Individualized Employer Report" (Doc. No. 86) and to Universal Underwriters Insurance Company for documents related to the liability coverage issued to Defendant (Doc. No. 85).

Upon consideration, the Court cannot order EEO-1, Inc. and Universal Underwriters Insurance Coverage to produce the requested documents. EEO-1, Inc. and Universal Underwriters Insurance Coverage are not parties to this litigation. The Court, therefore, cannot issue such orders based upon Plaintiff's Motions. Plaintiff's Motions are denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motions requesting the Clerk to issue subpoenas to EEO-1, Inc. (Doc. No. 86) and to Universal Underwriters Insurance Company (Doc. No. 85) are **DENIED**.

Dated this 22nd day of April, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE