UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FRED CHRISTIAN,                        )
                                       )
            Plaintiff(s),              )
                                       )
    vs.                                )        Case No. 4:08CV1423 JCH
                                       )
FRANK BOMMARITO OLDSMOBILE, INC.  )
d/b/a BOMMARITO INFINITI,              )
                                       )
            Defendant(s).              )

**ORDER**

This matter is before the Court on Defendant's Motion for Disclosure of Financial Affidavits

Submitted by Plaintiff in Connection with His Application to Proceed in Forma Pauperis (Doc. No.

152) and Plaintiff's Motion for Reconsideration of the Amended Memorandum and Order Dated June

10, 2009 (Doc. No. 153).

The Court finds that Defendant is entitled to Plaintiff's financial information filed in support

of his application to proceed in forma pauperis.  Defendant has a legitimate interest in determining

whether Plaintiff properly disclosed his financial status to the Court.  Defendant's Motion is granted.

The Court denies Plaintiff's request for reconsideration of the amended memorandum and

order of June 10, 2009.  The Court does not believe that Plaintiff needs Defendant's financial

information in advance of trial.  This Court has no reason to believe that Defendant's financial

disclosures will be incomplete and the Court does not believe that such information is necessary for

settlement negotiations.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Disclosure of Financial Affidavits Submitted by Plaintiff in Connection with his Application to Proceed in Forma Pauperis (Doc. No. 152) is **GRANTED**.  The Clerk of the Court is ordered to provide this information to Defendant.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's Motion for Reconsideration of the Amended Memorandum and Order Dated June 10, 2009 (Doc. No. 153) is **DENIED**.

Dated this 14th day of September, 2009.


/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE