UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED CHRISTIAN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1423 JCH |
| ) | |
| FRANK BOMMARITO OLDSMOBILE, INC. ) | |
| d/b/a BOMMARITO INFINITI, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Memorandum for Clerk (Doc. No. 199). The Court construes this filing as a Motion for Issuance of a Subpoena. This Court denies Plaintiff's Motion pursuant to Federal Rule of Civil Procedure 45(b)(2)(B). See Fed.R.Civ.P. 45(b)(2)(B) (a subpoena may be served at any place "outside that district but within but within 100 miles of the place specified for the deposition, hearing, trial, production or inspection").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion (Doc. No. 199) is **DENIED**.

Dated this 29th day of October, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE