# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

FRED E. CHRISTIAN

    Plaintiff,

        v.        CASE NUMBER:    4:08CV1423JCH

FRANK BOMMARITO OLDSMOBILE
d/b/a Bommarito Infiniti

    Defendant.

:     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

9     **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

9     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that on the racial discrimination claim of Plaintiff Fred E. Christian for wrongful discharge, as submitted in Instruction #6, judgment is entered in favor of Defendant Frank Bommarito Oldsmobile d/b/a Bommarito Infiniti and against Plaintiff Fred E. Christian.

    **IT IS FURTHER ORDERED AND ADJUDGED** that on the racial discrimination claim of Plaintiff Fred E. Christian for diverting plaintiff's commissions to other salespersons as submitted in Instruction #11, judgment is entered in favor of Defendant Frank Bommarito Oldsmobile d/b/a Bommarito Infiniti and against Plaintiff Fred E. Christian.

    **IT IS FURTHER ORDERED AND ADJUDGED** that on the racial discrimination claim of Plaintiff Fred E.

Christian for refusing plaintiff the use of a company vehicle as submitted in Instruction #15, judgment is entered in favor of Defendant Frank Bommarito Oldsmobile d/b/a Bommarito Infiniti and against Plaintiff Fred E. Christian.

|  | James G. Woodward |
|---|---|
|  | CLERK |

November 19, 2009

| DATE | By: | /s/ C. Lippold |
|---|---|---|
|  |  | DEPUTY CLERK |